UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

SWEET HOSPITALITY, LLC,

          Debtor.

_____/

Chapter 11

Case No. 11-32124-JKO

**MOTION TO TRANSFER VENUE TO UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DISTRICT OF FLORIDA
(LIBERTY CLEARWATER INVESTMENTS, LLC)**

      Liberty Clearwater Investments, LLC, a Florida limited liability company ("**Liberty**"), by and through its undersigned counsel and pursuant to 28 U.S.C. Sections 157 and 1412, and Rule 1014, Federal Rules of Bankruptcy Procedure, hereby moves for the entry of an order transferring the venue of this Chapter 11 case from this Court to the United States Bankruptcy Court For The Middle District of Florida (Tampa Division) (the "Middle District"). As grounds in support, Liberty states as follows:

**Background**

      1.     On August 8, 2011 (the "**Petition Date**"), Sweet Hospitality, LLC (the **"Debtor"**) filed its petition (the "**Petition**") for relief under Chapter 11 of the United States Bankruptcy Code. The Debtor's sole asset is a Comfort Inn Suites hotel located at 1941 Edgewater Drive, Clearwater, Florida (the "**Clearwater Hotel**") and all revenues and income generated by the Clearwater Hotel (the "**Clearwater Mortgaged Property**").

      2.     The Clearwater Mortgaged Property is encumbered by a first position mortgage and security agreement held by Liberty (the "**Liberty Clearwater Mortgage**"). The amount due to Liberty under the Liberty Clearwater Mortgage exceeds $4.8 million. The principal balance due

under the Liberty Clearwater Mortgage exceeds $3.6 million. The last regular payment made on the Liberty Clearwater Mortgage was made in <u>April 2009,</u> more than twenty-seven (27) months ago.

3. Due to the defaults under the Liberty Clearwater Mortgage, on December 29, 2010, Liberty filed its Verified Complaint for Mortgage Foreclosure and Other Relief commencing an action styled <u>Liberty Clearwater Investments, LLC v. Sweet Hospitality, LLC, et. al.,</u> Circuit Court of the Sixth Judicial Circuit, In and For Pinellas County, Florida, case number 10-017870-CI-19 (the "**Pinellas County Foreclosure Case"**)**.**

4. The Petition was filed less than one hour before the hearing on Liberty's Motion For Summary and Verified Emergency Motion For Appointment of Receiver that had been filed in the Pinellas County Foreclosure Case.

## <u>Venue</u>

5. The Debtor's only asset, the Clearwater Hotel, is located in Clearwater, Pinellas County, Florida. Liberty, by far the Debtor's biggest creditor, is located in Pinellas County, Florida. Except for alleged insider creditors (the Debtor's sole principal Hussein Shehata and his son), all of the Debtor's creditors provided goods or services to the Hotel in Pinellas County, Florida and most creditors, including the Pinellas County tax collector, are located in Pinellas County, Florida.

6. The Debtor takes the position that it is "headquartered at 4300 N. Ocean Blvd., 2D, Ft. Lauderdale, Florida." The truth is that the alleged "headquarters" is actually the winter residence of the Debtor's sole member, Husssein Shehata[1]. All of the Debtor's books and records and business operations are located in Pinellas County, Florida. Mr. Shehata admitted in deposition that the Clearwater Hotel is operated by an on-site manager, Mr. Dabeski. When Mr. Shehata performs management functions for the Clearwater Hotel he does so by traveling to Clearwater and staying at

---

[1] Mr. Shehata only lives in Ft. Lauderdale "in the wintertime." The remainder of the time he resides at 98 Shamber Lane, Columbus, New Jersey 04420

2

the Clearwater Hotel for 5-6 days at a time.  While the Debtor's sole member, Hussein Shehata, resides part time in Ft. Lauderdale, Florida, the sole place of business of the Debtor is the Clearwater Hotel located in Pinellas County, Florida.

7.  Liberty asserts that the Southern District is not an appropriate venue for the Debtor's bankruptcy case because the Debtor's sole place of business is located in Pinellas County, Florida. *In re: Condor Exploration, LLC,* 294 B.R. 370, 373-74 (Bankr. D. Colo. 2003). Nevertheless, assuming for sake of argument that the Southern District is <u>an</u> appropriate venue, this Court should exercise its discretion and transfer the venue of this case to the Middle District. Doing so would advance the interests of justice and the convenience of the parties.

8.  Liberty and most of the other creditors are located in the Middle District. The Debtor's sole asset, the Clearwater Hotel, is located in the Middle District. The books and records of the Debtor are on-site at the Clearwater Hotel in Pinellas County, Florida.  The major witnesses necessary to this case: Liberty, the on-site manager, the other creditors, and the Debtor's employees are all located in the Middle District. Finally, the administration of this case can be conducted more economically in the Middle District. *In re: Commonwealth Oil Refining, Inc.*, 596 F. 2d 1239, 1247 (5th Cir. 1979); *In re: Seton Chase Assoc., Inc.,* 141 B.R. 2, 5-7 (E.D.N.Y. 1992).

9.  The only reason that the Debtor chose to file this case in the Southern District was to make matters more difficult and expensive for Liberty. The only person benefitted by the inconvenient venue is Mr Shehata.

### Relief Requested

10.  Liberty is entitled to the entry of an order transferring the venue of this case to the Middle District because doing so would advance the interests of justice and the convenience of the witnesses.

11. Liberty estimates that a hearing on this motion will take approximately 30 minutes.

**WHEREFORE,** Liberty respectfully requests this Court enter an order granting this motion, together with such other and further relief as the court may deem appropriate.

**DATED** this 8th day of August, 2011.

        */s/ Michael P. Brundage*
        Michael P. Brundage
        Florida Bar No. 611621
        mbrundage@hwhlaw.com
        Hill, Ward & Henderson, PA
        101 E. Kennedy Blvd., Suite 3700
        Tampa, Florida 33602
        Telephone:  (813) 221-3900
        Facsimile:  (813) 221-2900
        *Counsel for Liberty Clearwater Investments, LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and copy of the foregoing Motion To Transfer Venue has been provided by ☒ First Class U.S. Mail Postage Prepaid; ☐ Facsimile; ☐ Hand Delivery and/or ☒ Electronic filing this 8th day of August, 2011 to the following and to all those receiving ECF notification by the Clerk:

Sweet Hospitality, LLC
4300 N. Ocean Blvd., 2P
Fort Lauderdale, Florida 33308

David A. Ray, Esq.
320 S.E. 11th Street
Fort Lauderdale, Florida 33316

Office of the U. S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, Florida 33130

        */s/ Michael P. Brundage*
        Michael P. Brundage

2443246v1